Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the

District of

Division

Joe Willis Young

Plaintiff(s)
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

Spotify

Defendant(s)
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Case No. 4:23-CV-489-LPR
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☐ Yes ☒ No

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
MAY 26 2023
TAMMY H. DOWNS, CLERK
By: _____ DEP CLERK

## COMPLAINT FOR A CIVIL CASE

This case assigned to District Judge Rudofsky
and to Magistrate Judge Volpe

**I.  The Parties to This Complaint**

**A.  The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Joe Willis Young
Street Address: 315 Convention Blvd # 14
City and County: Hot Springs / Garland
State and Zip Code: Arkansas
Telephone Number: 501-625-1836
E-mail Address: blackmale0405@yahoo.com

**B.  The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1
    Name    SPOTIFY
    Job or Title *(if known)*    MUSIC UPLOADS
    Street Address    150 GREENWICH STR. 62ND FLOOR
    City and County    NEW YORK   NEW YORK
    State and Zip Code    NEW YORK  10007
    Telephone Number    (929) 469-5297
    E-mail Address *(if known)*    Support@Spotify.com

Defendant No. 2
    Name
    Job or Title *(if known)*
    Street Address
    City and County
    State and Zip Code
    Telephone Number
    E-mail Address *(if known)*

Defendant No. 3
    Name
    Job or Title *(if known)*
    Street Address
    City and County
    State and Zip Code
    Telephone Number
    E-mail Address *(if known)*

Defendant No. 4
    Name
    Job or Title *(if known)*
    Street Address
    City and County
    State and Zip Code
    Telephone Number
    E-mail Address *(if known)*

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question        ☑ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual

    The plaintiff, *(name)* Joe Willis Young, is a citizen of the State of *(name)* ARKANSAS.

    b. If the plaintiff is a corporation

    The plaintiff, *(name)* PRO BLACK PRODUCTIONS, is incorporated under the laws of the State of *(name)* ARKANSAS, and has its principal place of business in the State of *(name)* ARKANSAS.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual

    The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

      b.    If the defendant is a corporation
The defendant, *(name)* __SPOTIFY__, is incorporated under the laws of the State of *(name)* __NEW YORK__, and has its principal place of business in the State of *(name)* __NEW YORK__.
Or is incorporated under the laws of *(foreign nation)* _____,
and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

__$3,300,000 IN Copyright INFRINGEMENTS.__

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

IN 2010, MY MUSIC OF 2 ALBUMS WAS DOWNLOADED TO SPOTIFY WITHOUT MY KNOWLEDGE. A TOTAL OF 22 SONGS THAT'S COPYRIGHTED. I CONTACTED SPOTIFY IN 2022, AND ASKED THEM TO TAKE IT OFF THERE WEBSITE, AND THEY REFUSE TO.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

SPOTIFY OWES ME $3,300,000 IN COPYRIGHT INFRINGEMENTS. ONE INFRINGED SONG IS WORTH $150,000. THEY HAVE 22 SONGS. I ASK THE COURT TO DEMAND SPOTIFY TO PAY ME WHAT'S OWED. MY MUSIC IS STILL ON THEIR WEBSITE.

## SPOTIFY IS COMPLETELY IGNORING ME.

**V.  Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**A.  For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 5-7-23

Signature of Plaintiff: *Joe Young*
Printed Name of Plaintiff: Joe Young

**B.  For Attorneys**

Date of signing: _____

Signature of Attorney _____
Printed Name of Attorney _____
Bar Number _____
Name of Law Firm _____
Street Address _____
State and Zip Code _____
Telephone Number _____
E-mail Address _____

5-9-23

Hello, I'm Joe Young A.K.A Black Male. I'm a rap artist from Hot Springs. I contacted you before. I'm the one that was trying to sue Spotify. In 2010, I was trying to get a distribution deal out of Kingwood Texas also known as "Deep Distribution". They asked me to send them my music to listen to. They wanted to see if I was good enough to get a deal. I sent them two of my albums. Da B.O.S.S A.K. A Blacassassin with 19 songs on it, and S.C.M.W compilation, which I wrote 3 songs. Both of my albums are legally copyrighted with the Library of Congress. In 2022, I found out my music was on Spotify. The only company that had access to my music was "Deep Distribution". I contacted Spotify a total of 3 times and asked them to take my music off of their website. Once by email, and through the Post Office (Which I made a mistake and didn't send it certified). All they had to do was to deactivate the account and they won't. Spotify responded and said they would look into it, and my music is still on there website.

If one song is infringed, then the infringer is responsible to pay $150,000 per song. Spotify has a total of 22 songs on there website. They legally owe me $3,300,000. They only way I can get my music off of their website, is by suing them and have them to take my music off of there website. I'm sending you all the copyrights and proof that I contacted Spotify.

Please help me to sue them.

Thank You.

3-11-22                                        Letter to Spotify

Hello, I'm Joe Young A.K.A Black Male. I live in Hot Springs, Arkansas. I'm a rap artist. I put out an album called Spa, City's, Most, Wanted (S.C.M.W) compilation. In 2010, I was trying to get a distribution deal with a company out of Kingwood Texas called "Deep Distribution". They also go by BCD Music Group.

I sent them my album trying to get a distribution deal. They sent you my album without my knowledge.

These songs are copyrighted with the Library of Congress. You can go ahead and take this album off your website because if people download it, I won't receive any money off of it.

Thank You.

5-9-22                                                    Letter to Spotify

Hello, I'm Joe Young A.K.A Black Male. I live in Hot Springs, Arkansas. I'm a rap artist. I put out an album called DA B.O.S.S A.K.A BLACASSASSIN. In 2010, I was trying to get a distribution deal with a company out of Kingwood Texas called "Deep Distribution". They also go by BCD Music Group.

I sent them my album trying to get a distribution deal. They sent you my album without my knowledge.

These songs are copyrighted with the Library of Congress. You can go ahead and take this album off your website because if people download it, I won't receive any money off of it.

Thank You.





Gmail

Search in mail

24

Mail

Chat

Spaces

Meet

Compose

**Inbox** **24**

Starred

Snoozed

Important

Sent

**Drafts** 22

Categories

**Social** 15

**Updates** 8

Forums

**Promotions** 1,935

More

Labels

---- Forwarded Message ----

**From:** support@spotify.com <support@spotify.com>

**To:** blackmale0405@yahoo.com <blackmale0405@yahoo.com>

**Sent:** Monday, May 16, 2022 at 04:30:19 AM CDT

**Subject:** RE: Music 2. [ ref:_00DD0pxIW._5007T5HNXR:ref ]

Hi Joe,

Thanks for reaching out to us. We aim to provide nothing but the best for our artists so when you're encountering any trouble

Before anything else, thanks for sending us that attached file showing the track's copyright information.

We understand that your album was uploaded to our platform without your knowledge. Could we kindly ask you to fill out our

We hope that we're able to answer your question and gave you the information that you're looking for. Should you have other

Take care,

Monique

Spotify Customer Support

Did you know we have an extensive help section on our website?

This e-mail (including any attachments) may contain information that is confidential and/or privileged. It is intended only for th
recipient of this e-mail, please contact the sender immediately and delete the e-mail from your computer.

ref:_00DD0pxIW._5007T5HNXR:ref

Reply Forward

# Gmail

Joe Young <mrjoeyoung2018@gmail.com>

## Fw: Acknowledgement of Uploaded Deposit
2 messages

**Joe Young** <blackmale0405@yahoo.com>                                        Wed, Apr 26, 2023 at 11:55 PM
To: Joe Young <mrjoeyoung2018@gmail.com>

----- Forwarded Message -----
**From:** Copyright Office <cop-rc@loc.gov>
**To:** "blackmale0405@yahoo.com" <blackmale0405@yahoo.com>
**Sent:** Sunday, December 26, 2021 at 07:10:38 PM CST
**Subject:** Acknowledgement of Uploaded Deposit

THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT REPLY.

Thank you for submitting your registration claim using the Electronic Copyright Office (ECO) System.

The following files were successfully uploaded for service request 1-11069352261

File Name :be_careful.wma
File Size :1936023 KB
Date/Time :12/26/2021 8:08:56 PM

File Name :b.o.s.s.wma
File Size :2844375 KB
Date/Time :12/26/2021 8:09:01 PM

File Name :blacassassin.wma
File Size :3083415 KB
Date/Time :12/26/2021 8:09:02 PM

File Name :based_on_a_true_story.wma
File Size :2993775 KB
Date/Time :12/26/2021 8:09:03 PM

File Name :arkansas.wma
File Size :3770655 KB
Date/Time :12/26/2021 8:09:04 PM

File Name :arkansas__remix_.wma
File Size :4218855 KB
Date/Time :12/26/2021 8:09:09 PM

File Name :fugitive.wma
File Size :2934015 KB
Date/Time :12/26/2021 8:09:17 PM

File Name :da_ghetto.wma
File Size :3698943 KB
Date/Time :12/26/2021 8:09:17 PM

File Name :eyes_on_your_enemies.wma
File Size :3902127 KB
Date/Time :12/26/2021 8:09:19 PM

File Name :c_ya_when_i_get_there.wma
File Size :4159095 KB

Date/Time :12/26/2021 8:09:22 PM

File Name :retaliation.wma
File Size :3089391 KB
Date/Time :12/26/2021 8:09:24 PM

File Name :untouchable__remix_.wma
File Size :2898159 KB
Date/Time :12/26/2021 8:09:29 PM

File Name :hoodfellas.wma
File Size :6555471 KB
Date/Time :12/26/2021 8:09:29 PM

File Name :souljah_story.wma
File Size :4188975 KB
Date/Time :12/26/2021 8:09:30 PM


[THREAD ID: 1-532L59Z]

United States Copyright Office

---

**Joe Young** <blackmale0405@yahoo.com>  Wed, Apr 26, 2023 at 11:57 PM
To: Joe Young <mrjoeyoung2018@gmail.com>

[Quoted text hidden]

 **Gmail**                                                          Joe Young <mrjoeyoung2018@gmail.com>

## Fw: Acknowledgement of Uploaded Deposit
1 message

**Joe Young** <blackmale0405@yahoo.com>                                    Thu, Apr 27, 2023 at 12:05 AM
To: Joe Young <mrjoeyoung2018@gmail.com>


----- Forwarded Message -----
**From:** Copyright Office <cop-rc@loc.gov>
**To:** "blackmale0405@yahoo.com" <blackmale0405@yahoo.com>
**Sent:** Sunday, December 26, 2021 at 07:26:25 PM CST
**Subject:** Acknowledgement of Uploaded Deposit

THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT REPLY.

Thank you for submitting your registration claim using the Electronic Copyright Office (ECO) System.

The following files were successfully uploaded for service request 1-11069410551

File Name :3_legends_song.wma
File Size :4511527 KB
Date/Time :12/26/2021 8:22:51 PM

File Name :01_youssa_hoodlum.mp3
File Size :6263903 KB
Date/Time :12/26/2021 8:22:54 PM

File Name :02_real_and_the_fake.mp3
File Size :5785856 KB
Date/Time :12/26/2021 8:22:54 PM


[THREAD ID: 1-532LA29]

United States Copyright Office

Sign up          Log in

- Home
- Search
- Your Library

+ Create Playlist

Liked Songs

# B.O.S.S.

Black Male • 2010 • 19 songs, 1 hr 1 min

▷

| # | Title | 🕒 |
|---|---|---|
| 1 | Pro Black Mercenary<br>E   Black Male | 1:11 |
| 2 | Arkansas<br>E   Black Male | 3:55 |
| 3 | B.O.S.S.<br>E   Black Male | 2:58 |
| 4 | Based On a True Story<br>E   Black Male | 3:07 |
| 5 | Mary Liek To Twerk It<br>E   Black Male | 4:13 |
| 6 | Retaliation (feat. Pook-Loc)<br>E   Black Male, Pook-Loc | 3:13 |
| 7 | Fugitive (feat. Kaos)<br>E   Black Male, Kaos | 3:03 |
| 8 | Shady N****s<br>E   Black Male | 0:51 |
| 9 | Untouchable<br>E   Black Male | 3:01 |

Legal     Privacy Center

Privacy Policy    Cookies

About Ads

Your Privacy Choices ☑

Cookies

English

PREVIEW OF SPOTIFY

Sign up to get unlimited songs and podcasts with occasional ads. No credit card needed.                    **Sign up free**

▷ Da B.O.S.S.                                                                Sign up    Log in

| # | Title | 🕐 |
|---|---|---|
| 9 | Black Male | 3:01 |
| 10 | Souljah Story<br>E  Black Male | 4:21 |
| 11 | Da Ghetto<br>E  Black Male | 3:51 |
| 12 | C Ya When I Get There<br>E  Black Male | 4:19 |
| 13 | Be Careful (Skit)<br>E  Black Male | 0:56 |
| 14 | Be Careful<br>E  Black Male | 2:01 |
| 15 | Hoodfellaz<br>E  Black Male | 6:49 |
| 16 | Blackassassin<br>E  Black Male | 3:13 |
| 17 | Trust Nobody<br>E  Black Male | 1:25 |
| 18 | Arkansas ( Radio Remix)<br>E  Black Male | 4:23 |
| 19 | Eyes On Yo Enemy (feat. Trouble)<br>E  Black Male, Trouble | 4:01 |

🏠 Home
🔍 Search
📚 Your Library

➕ Create Playlist

Liked Songs

April 7, 2010
© 2010 Pro Black Productions (Deep Distribution Worldwide, Inc.)

## More by Black Male                                                        See discography



Life of a B...
2011

Legal    Privacy Center
Privacy Policy    Cookies
About Ads
Your Privacy Choices
Cookies

Company
About
Jobs
For the Record

[ English ]

Communities
For Artists

PREVIEW OF SPOTIFY
Sign up to get unlimited songs and podcasts with occasional ads. No credit card needed.    Sign up free

https://open.spotify.com/album/2BTYtrCmkvFbYL53NTywFH                                        1/1

Sign up    Log in

- Home
- Search
- Your Library

+ Create Playlist

Liked Songs



**S.C.M.W.**

Black Male • 2010 • 13 songs, 44 min 25 sec

▷

| # | Title | 🕒 |
|---|---|---|
| 1 | Under Surveilance (Intro)<br>E  Black Male | 0:38 |
| 2 | Youssa Hoodlum<br>E  Black Male | 4:19 |
| 3 | Spa Town (feat. Tony Sloon)<br>E  Tony Sloon | 3:33 |
| 4 | Neva Satisfied (feat. Trouble)<br>E  Trouble | 3:05 |
| 5 | Poppin Off At The Mouth (feat. Tic)<br>E  Tic | 2:43 |
| 6 | SummerTyme (feat. Jotorious, Lil' Ro...<br>E  Jotorious, Lil' Rob, Multi | 4:35 |
| 7 | SummerTyme (Skit)<br>E  Black Male | 0:55 |
| 8 | On My Mind (feat. Pookie Bluffini)<br>E  Pookie Bluffini | 3:05 |

Legal   Privacy Center
Privacy Policy   Cookies
About Ads
Your Privacy Choices ⊘⊠
Cookies

English

PREVIEW OF SPOTIFY
Sign up to get unlimited songs and podcasts with occasional ads. No credit card needed.    **Sign up free**

▷  **S.C.M.W.**                                        Sign up        Log in

|    | # | Title |  🕒 |
|----|---|-------|----|
| 🏠 Home | | E  Jotorious, Lil' Rob, Multi | |
| 🔍 Search | 7 | SummerTyme (Skit)<br>E  Black Male | 0:55 |
| 🎵 Your Library | 8 | On My Mind (feat. Pookie Bluffini)<br>E  Pookie Bluffini | 3:05 |
| ➕ Create Playlist | 9 | Crucial (feat. Versus)<br>E  Versus | 3:47 |
| Liked Songs | 10 | It's Ya Boy (feat. Bullet)<br>E  Bullet | 4:21 |
|  | 11 | Grippin Grain (feat. Bossmade, Twetty)<br>E  Bossmade, Twetty | 5:01 |
|  | ✓ 12 | 3 Legends<br>E  Black Male | 4:41 |
|  | ✓ 13 | Real and the Fake<br>E  Black Male | 3:37 |

March 9, 2010
© 2010 Pro Black Productions (Deep Distribution Worldwide, Inc.)

**More by Black Male**                                           See discography

Legal     Privacy Center

Privacy Policy     Cookies

About Ads

Your Privacy Choices ✓ⓧ                    Li...

Cookies                                    2011

English

---

PREVIEW OF SPOTIFY

Sign up to get unlimited songs and podcasts with occasional ads. No credit card needed.                **Sign up free**

 Gmail                                                              Joe Young <mrjoeyoung2018@gmail.com>

## Fw: How registering early with the U.S. Copyright Office can get you $150,000+
1 message

**Joe Young** <blackmale0405@yahoo.com>                                              Thu, Apr 27, 2023 at 12:55 AM
To: Joe Young <mrjoeyoung2018@gmail.com>

----- Forwarded Message -----
**From:** Cosynd <hello@cosynd.com>
**To:** Joe Willis Young <blackmale0405@yahoo.com>
**Sent:** Tuesday, December 14, 2021 at 03:50:49 PM CST
**Subject:** How registering early with the U.S. Copyright Office can get you $150,000+



# How registering early with the U.S. Copyright Office can get you $150,000+

When your content is stolen or misused, your first thought may be to take legal action. The first question you may be asked is, "Did you register with the Copyright Office?"

According to updated regulations, you **must** register with the U.S. Copyright Office before you can file a lawsuit. Other types of registrations or mailing your music to yourself are not substitutes for USCO registration.

**Early registration can grant you a large payout — up to $150,000 per infringement PLUS your legal fees, but only if you register before your music is stolen or misused.**

|   Registering Your Music Now   | vs |   Registering After Your Music Is Stolen/Misused   |
|---|---|---|
| You can file lawsuits immediately in federal court or small claims court (no attorney required). | | Can't file a lawsuit until you have received your official registration from the USCO (normally 3-9 months). |
| Receive up to $150,000 PLUS attorney fees per willful infringement. | | Receive up to $200-$30,000 per work (barely enough to cover legal fees). |

Registering early with the U.S. Copyright Office is one of the most important actions you can take.

Once you're ready to register, you can **use this calculator** to help you determine how many applications you may need to file. You can also use this **step-by-step tutorial** if you need a little extra help during the process.

## Don't live in the U.S.?

No matter where you're based, your music travels beyond its borders. Most infringements occur in the U.S., which is why all creators around the globe should consider registering directly with the U.S. Copyright Office for added protections — available to most non U.S. citizens or residents.

( Register Your Copyrights )

Need help? Click here to visit our customer service portal.

Copyright © 2021 Cosynd, Inc., All rights reserved.

530 Fifth Avenue, Cosynd c/o Convene, 9th Floor #15, New York, NY, 10036