IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JOE WILLIS YOUNG                               PLAINTIFF

v.                       CASE NO. 4:23-CV-00489-BSM

SPOTIFY                                         DEFENDANT

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 5th day of June, 2024.

_____
UNITED STATES DISTRICT JUDGE